UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AARON CASTILLO, on behalf of himself and all others similarly situated, | No. 2:25-cv-2208 WBS SCR |
| Plaintiff, | |
| v. | ORDER RELATING CASES |
| T-MOBILE USA, INC. dba T-MOBILE; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| RYAN DIAZ, as an individual and on behalf of all others similarly situated, | No. 2:25-cv-2933 WBS SCR |
| Plaintiff, | |
| v. | |
| T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 50,inclusive, | |
| Defendants. | |

1

SHALLACE BURRISE, an individual and on behalf of all others similarly situated,

        Plaintiff,

   v.

T-MOBILE USA, INC., a corporation; and DOES 1 through 50,inclusive,

        Defendants.

No. 2:26-cv-139 JDP

----oo0oo----

The court previously related cases Castillo v. T-Mobile USA, Inc., Case No. 2:25-cv-2208 WBS SCR and Diaz v. T-Mobile USA, Inc., Case No. 2:25-cv-2933 WBS SCR.  The court now finds that the instant case, Burrise v. T-Mobile USA, Inc., Case No. 2:26-cv-139 JDP, is also related within the meaning of Local Rule 123(a), because the case involves the same allegations and causes of action against the same defendants.  Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating these cases under Local Rule 123 merely has the result that the related actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Castillo v. T-Mobile USA, Inc., Case No. 2:25-cv-2208 WBS SCR,

Diaz v. T-Mobile USA, Inc., Case No. 2:25-cv-2933 WBS SCR, and Burrise v. T-Mobile USA, Inc., Case No. 2:26-cv-139 JDP be, and the same hereby are, deemed related.  The case denominated Burrise v. T-Mobile USA, Inc., Case No. 2:26-cv-139 JDP, shall be reassigned to Judge WILLIAM B. SHUBB and Judge SEAN C. RIORDAN. Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Burrise v. T-Mobile USA, Inc., Case No. 2:26-cv-139 WBS SCR.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  February 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3