ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN 286862)
    E-Mail: michael@elkingamboa.com
Jessica Gamboa, Esq. (SBN 285773)
    E-Mail: jessica@elkingamboa.com
Benjamin McLain, Esq. (SBN 340091)
    E-Mail: ben@elkingamboa.com
4119 W. Burbank Blvd, Suite 110
Burbank, California, 91505
Telephone: 323.372.1202
Facsimile: 323.372.1216

Attorneys for Plaintiff SHALLACE
BURRISE, as an individual, and on behalf
of all others similarly situated

D.LAW, INC.
Roman Shkodnik (SBN 285152)
 r.shkodnik@d.law
Emma Geesaman (SBN 352715)
 e.geesaman@d.law
250 N Madison Ave., 2nd Floor
Pasadena, California 91101
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff AARON
CASTILLO, on behalf of himself and
others similarly situated

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALLACE BURRISE, an individual, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>T-MOBILE USA, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br><br>AARON CASTILLO, on behalf of himself and others similarly situated,<br><br>            Plaintiff, | Case No. 2:26-cv-00139-WBS-SCR<br><br>[*Removed from Los Angeles Superior, Case No. 25STCV16513*]<br><br>[*Transferred from Central District of California, Case No. 2:25-cv-07685*]<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CLASS ACTIONS; FILED CONCURRENTLY HEREWITH [F.R.C.P. 42]**<br><br>Case No.: 2:25-CV-02208-WBS-SCR<br><br>[Assigned for all purposes to the Hon. William B. Shubb] |

ORDER GRANTING STIPULATION TO CONSOLIDATE CLASS-ACTIONS; FILED CONCURRENTLY HEREWITH [F.R.C.P. 42]

E | G
ELKIN GAMBOA LLP

v.

T-MOBILE USA, INC. dba T-MOBILE, a Delaware corporation; and DOES 1 through 50, inclusive,

Defendants.

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having read and considered the stipulation of consolidation filed by the Plaintiffs on April 13. 2026, the Court finds good cause exists to consolidate Case No. 2:25-CV-02208-WBS-SCR and Case No. 2:26-cv-00139-WBS-SCR. Case No. 2:25-CV-02208-WBS-SCR shall be designated the lead case.

Plaintiffs are ordered to file a consolidated pleading that combines the claims from the two actions without adding any new claims or allegations not currently pleaded in either action. Such consolidated pleading shall be filed by May 14, 2026. Defendant shall file an answer to the consolidated pleading by June 4, 2026.

**IT IS SO ORDERED.**

Dated:  April 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO CONSOLIDATE CLASS-ACTIONS; FILED CONCURRENTLY HEREWITH [F.R.C.P. 42]

ELKIN GAMBOA LLP